468 A.2d 837

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal
Denied March 26, 1984.

Argued May 24, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Michael L. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

ROWLEY, J., concurred in the result.

CAVANAUGH, J., filed a memorandum dissenting opinion.